DAVIS v. TOWN OF SOUTHERN PINES

No. 598P94

Case below: 116 N.C.App. 663

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

ECHOLS v. ZARN, INC.

No. 538A94

Case below: 116 N.C.App. 364

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 2 March 1995.

ENNS v. ZAYRE CORP.

No. 591A94

Case below: 116 N.C.App. 687

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 March 1995. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

FISH v. STEELCASE, INC.

No. 605P94

Case below: 116 N.C.App. 703

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 2 March 1995.

FRASIER v. DUN-WELL JANITORIAL SERVICES

No. 49P95

Case below: 117 N.C.App.463

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.